UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------X
SAFECO INSURANCE COMPANY OF AMERICA,

                                    Plaintiff,        Case No.:
                                                      11-CV-02522-SDW-MCA

    – against –

TAK CONSTRUCTION, INC., TDK CONSTRUCTION,    CLERK'S CERTIFICATE
INC., TAK INTERNATIONAL, INC., KIRTI DESAI and    OF DEFAULT AGAINST
TRUPTI K. DESAI,                                                      DEFENDANTS

                                  Defendants.
-----------------------------------------------------------------X

        I, William T. Walsh, Clerk of Court of the United States District Court for the District of New Jersey, do hereby certify that the defendants TAK CONSTRUCTION, INC., TDK CONSTRUCTION, INC., TAK INTERNATIONAL, INC., KIRTI DESAI and TRUPTI K. DESAI, have not filed an answer or otherwise moved with respect to the complaint herein, and there time to do so has expired. The default of the aforesaid defendants is hereby noted, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:      May 31, 2012

                                          William T. Walsh
                                          Clerk of Court

                                 By: *[signature]*
                                          Deputy Clerk

199706 v1