UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------X
SAFECO INSURANCE COMPANY OF AMERICA,

                                        Plaintiff,           Case No.:
                                                                    11-CV-02522-SDW-MCA

      – against –

TAK CONSTRUCTION, INC., TDK CONSTRUCTION,      ORDER AND JUDGMENT
INC., TAK INTERNATIONAL, INC., KIRTI DESAI and
TRUPTI K. DESAI,

                                        Defendants.
-----------------------------------------------------------------X

TO:        HONORABLE SUSAN D. WIGENTON
             UNITED STATES DISTRICT JUDGE
             DISTRICT OF NEW JERSEY

      Upon the Clerk's Certificate of Default Against Defendants entered May 31, 2012 and plaintiff's Motion For Entry Of Default Judgment Against Defendants dated October 17, 2012, pursuant to Rule 55 (b)(2) of the Federal Rules of Civil Procedure, and there having been no appearance on behalf of defendants, and after due deliberation have been held thereon, it is

      ORDERED than an Order and Judgment of default is granted on the issue of liability in favor of plaintiff SAFECO INSURANCE COMPANY OF AMERICA and as against defendants TAK CONSTRUCTION, INC., TDK CONSTRUCTION, INC., TAK INTERNATIONAL, INC., KIRTI DESAI and TRUPTI K. DESAI, in connection with the claims asserted in plaintiff's Complaint herein., and it is further

      ORDERED that an inquest shall be had at a date and time to be designated by

this Court to ascertain plaintiff's damages and entitlement to any related relief.

Dated: October ___, 2012

_____
Hon. Susan D. Wigenton, U.S.D.J.

*Plaintiff has failed to set forth damages to be addressed in an Order for judgment.*

*SDW*